Judge Tanner

1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

7
8

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff, )<br>　　　　v. )<br>MAURILIO ROJAS, )<br>　　aka Maurilio Soriano, )<br>　　aka Oscar C. Rodriguez, )<br>　　aka Maurilio Soriano-Aguilar, )<br>　　　　　　Defendant. )<br>_____) | NO.  CR94-441JET<br><br>ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Indictment against defendant MAURILIO ROJAS, aka Maurilio Soriano, aka Oscar C. Rodriguez, aka Maurilio Soriano-Aguilar. The defendant has been a fugitive since charges were filed in 1994. The Drug Enforcement Administration reports that they have no information about his current location.

Dated this 24th day of May, 2005.

Respectfully submitted,

JOHN McKAY
United States Attorney

s/ Douglas B. Whalley
DOUGLAS B. WHALLEY
Assistant United States Attorney

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-4882, Fax: (206) 553-4440
E-mail: douglas.whalley@usdoj.gov
Washington State Bar No. 4625

## ORDER

Leave of court is GRANTED for the filing of the foregoing dismissal of the Indictment without prejudice.

Warrants of arrest previously issued for the defendant in this case are QUASHED.

DATED this 31st day of May, 2005.

/s JACK E. TANNER
_____
JACK E. TANNER
SR. UNITED STATES DISTRICT JUDGE